David Andrews
30420 Revells Neck Road
Westover, Md. 21890

BALTIMORE MD 212

1 NOV 2023 PM 3 L



___ FILED ___ ENTERED
___ LOGGED ☑ ___ RECEIVED

NOV 03 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

US. Distict Court
District of Maryland
RE: court clerk
101 W. Lombard Street
Baltimore, Md. 21201

New Case?

CC: Wic Co. States Attorney

21201-269699



OUTGOING INMATE MAIL

NOV 0 1 2023

EASTERN CORRECTIONAL
INSTITUTION
HU 5