IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID C. ANDREWS. | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. JRR-23-3023 |
| STATE OF MARYLAND, | * | |
| Respondent | * | |
| | *** | |

**ORDER**

Upon application of Petitioner, it is this _16th__ day of November, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Respondent SHALL FILE an Answer to the Petition on or before FORTY (40) DAYS from the date of this Order;

2. Respondent SHALL FILE with its answer copies of all opinions, materials, and transcripts relevant to all defenses raised and provide the same to Petitioner;

3. For procedural default and lack of exhaustion defenses, Respondent SHALL FILE all pleadings filed by Petitioner or on Petitioner's behalf, transcripts of all hearings held to rule on those pleadings, as well as all written opinions and orders issued by the State courts and provide the same to Petitioner. If any of these materials are unavailable or do not exist, Respondent shall so state.

4. Pursuant to Amended Rule 5(e) Governing 28 U.S.C. § 2254 Cases, Petitioner MAY FILE A REPLY twenty-eight (28) days after service of Respondents' Answer; and

5. The Clerk SHALL SEND a copy of this Order to Petitioner and SHALL SEND via the EMAIL address on file a copy of the Order and Petition to nefcad@oag.state.md.us, Office of the Attorney General State of Maryland, Criminal Appeals Division.

_____/S/_____
Julie R. Rubin
United States District Judge