IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID C. ANDREWS,<br><br>        Petitioner,<br><br>v.<br><br>STATE OF MARYLAND,<br><br>        Respondent. | Civil Action No. JRR-23-3023<br><br>(Habeas Corpus § 2254) |

## ENTRY OF APPEARANCE

Please enter the appearance of Assistant Attorney General Andrew J. DiMiceli as an attorney for Respondent in this case.

Dated: November 17, 2023      Respectfully submitted,

                                                  */s/ Andrew J. DiMiceli*
                                                  ANDREW J. DIMICELI
                                                  Assistant Attorney General
                                                  Bar No. 20640

                                                  Office of the Attorney General
                                                  Criminal Appeals Division
                                                  200 Saint Paul Place
                                                  Baltimore, MD 21202
                                                  (410) 576-6422
                                                  adimiceli@oag.state.md.us

                                                  *Counsel for Respondent*

CERTIFICATE OF SERVICE

I certify that on this day, November 17, 2023, I electronically filed the foregoing "Entry of Appearance" through CM/ECF, and that a copy was mailed by first-class U.S. Postal Service, postage prepaid, to David C. Andrews, DOC No. 490859, Eastern Correctional Institution East, 30420 Revells Neck Road, Westover, MD 21890.

*/s/ Andrew J. DiMiceli*
ANDREW J. DIMICELI
Assistant Attorney General
Bar No. 20640

*Counsel for Respondent*